UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AJ BROWN,

    Plaintiff,

v.      Case No:  8:25-cv-02919-JLB-CPT

ALEX WAGNER, et al.,

    Defendants.
_____/

## ORDER

This matter comes before the Court *sua sponte*.[1] On October 27, 2025, Plaintiff AJ Brown filed his Complaint against Defendants asserting state law claims for, among other things, breach of contract. (Doc. 1). The Complaint alleges that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. (*Id.* at ¶ 10). Diversity jurisdiction exists where the suit is between citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1). For diversity jurisdiction to exist, each defendant must be diverse from each plaintiff. *See Riley v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 292 F.3d 1334, 1337 (11th Cir. 2002) (citation omitted). Moreover, Plaintiff "bears the burden of proving, by a preponderance of the evidence, facts supporting the existence . . ." of diversity

---

[1] "Federal courts 'are obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking.'" *Cadet v. Bulger*, 377 F.3d 1173, 1179 (11th Cir. 2004) (citation omitted).

jurisdiction.  *McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002) (citation omitted).

Upon review of the Complaint, Plaintiff is not diverse from each defendant. Specifically, Plaintiff states that he, Defendant Zain Yaqub, and Defendant Kyle Couturier are citizens of Florida.  (Doc 1. at ¶¶ 2, 4, 6).  Because the parties are not diverse, Plaintiff has failed to carry his burden to show that this Court has diversity jurisdiction.  Therefore, this Court does not have subject matter jurisdiction.

Accordingly, it is **ORDERED** that Plaintiff's Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction.  The Clerk of Court is **DIRECTED** to terminate any pending deadlines and motions and close the file.

**ORDERED** in Tampa, Florida, on November 14, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE